NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

R.J. REYNOLDS TOBACCO　　　　　 )
COMPANY,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　Appellant,　　　　　　　 )
　　　　　　　　　　　　　　　　 )
v.　　　　　　　　　　　　　　　 )　　　Case No. 2D18-569
　　　　　　　　　　　　　　　　 )
RHONDA BOGATITUS and　　　　　　 )
SAMANTHA BRUSIC, as copersonal　 )
representatives of the Estate of　 )
CAROLYN MALONEY,　　　　　　　　 )
　　　　　　　　　　　　　　　　 )
　　　　Appellees.　　　　　　　 )
_____ )

Opinion filed September 4, 2019.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

Marie A. Borland and Troy A. Fuhrman of
Hill Ward Henderson, Tampa; Charles R.A.
Morse of Jones Day, New York, New York;
and Jason T. Burnette of Jones Day,
Atlanta, Georgia, for Appellant.

David J. Sales of David J. Sales, P.A.,
Sarasota; Courtney Brewer and John S.
Mills of The Mills Firm, P.A., Tallahassee, for
Appellees.


PER CURIAM.


　　　　　Affirmed.

KELLY, LAROSE, and ATKINSON, JJ., Concur.